SEYFARTH SHAW LLP
Christian J. Rowley (SBN 187293)
crowley@seyfarth.com
Kerry Friedrichs (SBN 198143)
kfriedrichs@seyfarth.com
Parnian Vafaeenia (SBN 316736)
pvafaeenia@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone:  (415) 397-2823
Facsimile:   (415) 397-8549

Attorneys for Defendants
KAISER FOUNDATION HEALTH PLAN, INC.,
KAISER FOUNDATION HOSPITALS, AND
SOUTHERN CALIFORNIA PERMANENTE
MEDICAL GROUP

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFANY GRETLER, an individual on behalf of herself and all others similarly situated; LAURA CARMONA, an individual on behalf of herself and all others similarly situated; SHELIA TAYLOR an individual on behalf of herself and all others similarly situated; SHALYSE KEMP an individual on behalf of herself and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>KAISER FOUNDATION HEALTH PLAN, INC., a corporation; KAISER FOUNDATION HOSPITALS, a corporation; SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP, a partnership; and DOES 1 through 10 inclusive,<br><br>　　　　　Defendants. | Case No.<br><br>**DEFENDANTS KAISER FOUNDATION HEALTH PLAN, INC., KAISER FOUNDATION HOSPITALS, AND SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP'S NOTICE OF REMOVAL OF CIVIL ACTION**<br><br>(Riverside County Superior Court Case No. RIC 1805047) |

TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendants KAISER FOUNDATION HEALTH PLAN, INC., KAISER FOUNDATION HOSPITALS, AND SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP ("Defendants") hereby remove the above-referenced action from the Superior Court of the State of California for the County of Riverside to the United States District Court for the Central District of California, pursuant to 28 U.S.C. sections 1331, 1441.

## PLEADINGS, PROCESSES, AND ORDERS

1. On March 13, 2018, Plaintiffs TIFFANY GRETLER, LAURA CARMONA, SHELIA TAYLOR, and SHALYSE KEMP ("Plaintiffs") filed a purported Class Action Complaint for Damages, Restitution, and Injunctive Relief (the "Complaint") against KAISER FOUNDATION HEALTH PLAN, INC. ("KFHP"), in the Superior Court of the State of California for the County of Riverside, entitled *Tiffany Gretler, et al. v. Kaiser Foundation Health Plan, Inc., et al.*, Case No. RIC 1805047. Plaintiffs asserted claims for (1) failure to pay overtime compensation (Cal. Lab. Code §§ 510, 1194, 1198, 1199, and Wage Order 4-2001); (2) failure to provide compliant meal breaks (Cal. Lab. §§ 226.7 and 512 and Wage Order 4-2001); (3) failure to provide compliant rest periods (Cal. Lab. § 226.7 and Wage Order 4-2001); (4) failure to provide accurate itemized wage statements (Cal. Lab. § 226(a)); and (5) Unfair Competition (Bus. & Prof. Code § 17200).

2. On March 20, 2018, Plaintiff mailed copies of the Complaint, Summons, Certificate of Counsel, Case Information Sheet, and Declaration for Court Assignment to Defendant KFHP pursuant to section 415.30 of the California Code of Civil Procedure. True and correct copies of these documents are attached hereto as Exhibit A. On April 19, 2018, Defendant KFHP filed its Answer to Plaintiffs' Complaint in the Superior

1 | Court of California for the County of Riverside.  A true and correct copy of the Answer is attached hereto as Exhibit B.

3.      On October 3, 2018, Plaintiffs filed a First Amended Complaint for Damages, Restitution, and Injunctive Relief (the "Amended Complaint") against Defendants KAISER FOUNDATION HEALTH PLAN, INC., KAISER FOUNDATION HOSPITALS, AND SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP ("Defendants") in the same action.  The Amended Complaint purports to assert causes of action for: (1) failure to pay overtime compensation (Cal. Lab. Code §§ 510, 1194, 1198, 1199, and Wage Order 4-2001); (2) failure to provide compliant meal breaks (Cal. Lab. §§ 226.7 and 512 and Wage Order 4-2001); (3) failure to provide compliant rest periods (Cal. Lab. § 226.7 and Wage Order 4-2001); (4) failure to provide accurate itemized wage statements (Cal. Lab. § 226(a)); (5) failure to pay all wages owed upon termination (Cal. Lab. §§ 201-203); (6) violations of the Private Attorneys General Act; (7) Unfair Competition (Bus. & Prof. Code § 17200); and (8) violations of the Fair Labor Standards Act ("FLSA") (29 U.S.C. §§ 201 *et seq.*).  A true and correct copy of the Amended Complaint is attached hereto as Exhibit C.

4.      On October 9, 2018, Defendants filed their Answer to Plaintiffs' Amended Complaint in the Superior Court of California for the County of Riverside.  A true and correct copy of the Answer to the Amended Complaint is attached hereto as Exhibit D.

5.      Exhibits E through N constitute all remaining pleadings, process, and orders filed in the state court action.  Exhibits A through N constitute all pleadings, process, and orders filed in the state court action within the meaning of 28 U.S.C. § 1446(a).

## TIMELINESS OF REMOVAL

6.      This Notice of Removal is filed within thirty days of receipt by Defendants of a copy of a pleading, motion, order or other papers from which it could first be ascertained that the case is one which is removable.  On October 3, 2018, Plaintiffs filed the Amended Complaint, which alleged a cause of action for violation of the FLSA.  Thus, this Notice of Removal is therefore filed within thirty days of service of a copy of

the initial pleading setting forth the claim for relief upon which this action is based, and is timely pursuant to 28 U.S.C. section 1446(b).

## FEDERAL QUESTION JURISDICTION

7. This case is one over which the Court has original jurisdiction under 28 U.S.C. Section 1441, since Plaintiffs' purported eighth cause of action asserts claims under the FLSA, 29 U.S.C. section 201, *et seq.*, a federal statute.

8. Plaintiffs allege that Defendants misclassified Time System Coordinators as exempt employees, and that they therefore failed to pay them overtime wages, in violation of the FLSA. Because Plaintiffs' cause of action arises under, and requires interpretation of the FLSA, this claim can be removed pursuant to 28 U.S.C. sections 1331, 1441.

## SUPPLEMENTAL JURISDICTION

9. Plaintiffs also assert claims alleging failure to pay overtime, meal period violations, rest period violations, failure to timely pay wages, inaccurate wage statements, unfair competition, and violations of the Private Attorneys General Act. These claims all fall within this Court's supplemental jurisdiction, pursuant to 28 U.S.C. section 1367, as they relate to and emanate from the same facts and transactions underlying Plaintiffs' federal law claim, thus forming part of the same "case or controversy." Accordingly, pursuant to 28 U.S.C. section 1441, Defendants are entitled to removal all of Plaintiffs' claims to this Court.

## VENUE

10. Venue lies in Eastern Division of the United States District Court for the Central District of California pursuant to 28 U.S.C. sections 1441(a), 1446(a), and 84(c)(1). This action was originally brought in the Superior Court of the State of California, County of Riverside, which is located within the Eastern Division of the Central District of California. Therefore, venue is proper because it is the "district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

## NOTICE TO STATE COURT

11. This Notice of Removal promptly will be served on Plaintiffs and filed with the Clerk of the Superior Court of the State of California for the County of Riverside, as required by law.

WHEREFORE, Defendants pray that the above action now pending before the Superior Court of the State of California for the County of Riverside be removed to this Court.

DATED: October 12, 2018            Respectfully submitted,

                                   SEYFARTH SHAW LLP


                                   By: */s/ Parnian Vafaeenia*
                                       Christian J. Rowley
                                       Kerry Friedrichs
                                       Parnian Vafaeenia
                                       Attorneys for Defendants
                                       KAISER FOUNDATION HEALTH PLAN, INC., KAISER FOUNDATION HOSPITALS, AND SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP